IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GREGORY MOORE**<br>**Plaintiff** | )(<br>)(<br>)( | |
| VS. | )(<br>)(<br>)( | CIVIL ACTION NO. 4:24-cv-03630 |
| **STARBUCKS CORPORATION**<br>**Defendant** | )(<br>)( | JURY TRIAL DEMANDED |

**AGREED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Gregory Moore ("Plaintiff") and Starbucks Corporation ("Defendant") move the Court to dismiss the above-captioned action with prejudice ("Agreed Motion"). As grounds for this Agreed Motion, the Plaintiff and Defendant show the Court the following:

1. Plaintiff and Defendant have resolved all claims relating to this action.

2. Plaintiff and Defendant have agreed that each party shall bear its own fees and costs.

ACCORDINGLY, Plaintiff and Defendant move the Court for an Order dismissing this action with prejudice, with each Party to bear its own fees and costs.

Respectfully submitted,

By: /s/ *Jack E. Urquhart*
    Jack E. Urquhart
    Texas Bar No. 20415600
    jack.urquhart47@gmail.com
    1302 Waugh Drive, No. 880
    Houston, Texas 77019
    Telephone: (832) 723-2201

    ATTORNEY FOR PLAINTIFF
    GREGORY MOORE

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Kathryn C. Palamountain*
Kathryn C. Palamountain
Texas Bar No. 24061004
cpalamountain@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

John W. Egan
(Pro Hac Vice Forthcoming)
New York Bar No. 4459046
Email: jegan@seyfarth.com
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5291

ATTORNEYS FOR DEFENDANT
STARBUCKS CORPORATION